CK:MJL
F. #2006R00035

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUN 2 9 2006

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

**06 - 0695M**

UNITED STATES OF AMERICA

             - against -

BIN YAN ZHANG,

                    Defendant.

- - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T., 18 U.S.C., §§ 371

             and 2320)

EASTERN DISTRICT OF NEW YORK, SS:

        RICHARD BRANDA, being duly sworn, deposes and says that he is a Special Agent of United States Immigration and Customs Enforcement, duly appointed according to law and acting as such.

    Upon information and belief, in or about August 2005 and November of 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, Bin Yan Zhang, Yong WU Zhang (indicted for counterfeit trafficking under CR-06-0069) and others known and unknown unlawfully, willfully and knowingly did combine, conspire, confederate and agree together to commit an offense against the United States, to wit, to violate Section 2320 of Title 18, United States Code.

    It was part and an object of the conspiracy that Bin Yan Zhang, Yong WU Zhang and others known and unknown unlawfully,

1

willfully and knowingly would and did intentionally traffic and attempt to traffic in goods and services and knowingly used a counterfeit mark on and in connection with such goods and services, in violation of Section 2320 of Title 18, United States Code.  The source of your deponent's information and the grounds for his belief are as follows:[1]

       1.   I have been employed as a Special Agent by U.S. Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service, for approximately eight years. During the course of my career with the Customs Service and ICE, I have been involved in numerous investigations into cases involving Narcotics, fraud, currency violations and counterfeit goods.

       2.   The information contained in this affidavit is based upon the following: (i) surveillance;  (ii) conversations with fellow ICE Agents and conversations with Officers and Import Specialists from Customs and Border Protection;  (iv) conversations with representatives of Nike, Inc. and an affidavit supplied by Kevin Dougherty of Counter-Tech Investigations, Inc.; (v) review of documents relating to shipments imported via John F. Kennedy Airport; (vi) conversations with representatives of

---

[1]     Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Westy Storage Center; (vii) review of documents received from Westy Storage Center; (viii) statements made by the defendant YONG WU ZHANG on November 18, 2005 and January 11, 2006; (ix) review of bank records; (x) review of telephone toll records; (xi) review of business records; (xii) review of printed and electronic e-mails and attachments; (xiii) money transfer receipts; (ix) review of shipping records; (xv) review of New York State Department of Motor Vehicle records; and (xvi) my training and experience as a Special Agent with ICE.

3.   On November 18, 2005, I and other El Dorado agents and investigators seized a forty-foot shipping container at the Westy Storage Center in Lake Success, New York. The shipping container was filled with 588 cartons of counterfeit Nike sneakers. A total of 7056 pairs of sneakers were seized with a retail value of $588,368.00 USD.

4.   Upon arrival at the loading area of the storage center two Chinese males were observed unloading the container, Yong Wu Zhang and an individual named "Dong" as per Zhang. When agents arrived at the loading area, Dong was unloading the contents of the container into the storage center, but left and did not return. This was just prior to agents inspecting the boxes. Zhang stated that he only knew the individual who did not return as "Dong" and provided his cell phone number, 347-612-8111. This number was also provided as the

3

secondary telephone number on the Westy Storage Center Occupancy agreement.

5.   As a result of that seizure,, Yong Wu Zhang was arrested on January 11, 2006 and indicted on February 2, 2006 for violation of Title 18 USC 2320, trafficking in counterfeit goods. At the time of his arrest, ZHANG verbally consented, through Chinese interpreter and ICE/IRP Director Joseph Ceballos, to a search of his room at the residence. In addition, Zhang's father, Zu Bin Zhang, also consented to the search. Chungyan Qu was also present (Yong Wu ZHANG's mother).

6.   The search of Yong Wu ZHANG's room revealed ledgers, business cards, financial records, tax returns, money transfer receipts, shipping records, printed e-mail correspondence and other records.

7.   One of the printed e-mails dated August 26, 2005 from Linxuejuan2222@163.com to "Zhang3" <ashley51688@yahoo.com references the ordering of sneakers, on a 1:1 basis stating "Jordan Al leather". Printed images that were attached to this e-mail correspondence depicted the same three styles of counterfeit Nike Air Jordan sneakers that were seized on November 18, 2005. In addition, the e-mail states "we have not received any money today, please reply". According to Yahoo subscriber records, ashley51688@yahoo.com is subscribed to the same address where Bin

4

Yan Zhang resides.  In addition, Bin Yan Zhang has advised law enforcement that she is known as Ashley.

8.  A separate August 26, 2005 e-mail correspondence from Linxuejuan2222@163.com to "ashley z" <ashley51688@yahoo.com states, among other things, that payment can be made via Western Union to Xue Juan Lin and discusses the molding process for the Jordan size 14.

9.  A Moneygram receipt dated September 15, 2005 was discovered, which list the sender as Bin Yan Zhang and the recipient as Xiu Yan Lin (alternate spelling for Xiu Juan Lin) for $9,000.00 USD.  Bin Yan Zhang's NYS Driver license was used to identify the person who presented the $9,000.00 cash and authorized the transmission of the $9,000.00 to the supplier of the sneakers.

WHEREFORE, I respectfully request that the court issue an arrest warrant for the defendant BIN YAN ZHANG, so that she may be dealt with according to law.

Richard Branda
Agent, ICE

Sworn to before me this
29 day of June 2006

HONORABLE WILLIAM D. WALL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK